UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: VERNOLA CAMPBELL                                   CHAPTER 7

DEBTOR                                                    CASE NO. 13-10553 JDW

## ORDER TO EXTEND TIME

THIS CAUSE came on for hearing on Debtor's Motion to Extend Time to file her debtor financial management course certificate and the Court being fully advised in the premises does hereby find and Order as follows:

THAT the required debtor financial management course certificate is required to be filed no later than ~~June 6,~~ May 22, 2013. [handwritten: JDW]

SO ORDERED this the 8th day of May, 2013.

_____
U.S. BANKRUPTCY JUDGE

SUBMITTED BY:
KAREN B. SCHNELLER
Attorney at Law
P. O. Box 417
Holly Springs, MS 38635
662-252-3224